**Harout Greg Keosian, Esq., State Bar No.: 236352**
*Email: hgk@keosianlaw.com*
**Eileen Keusseyan, Esq., State Bar No.: 149482**
*Email: ek@keosianlaw.com*
**Zareh Jack Keosian, Esq. State Bar No.: 303278**
*Email: zjk@keosianlaw.com*
**Melkon R. Melkonian, Esq., State Bar No.: 310111**
*Email: mrm@keosianlaw.com*
**KEOSIAN LAW LLP**
4630 Van Nuys Boulevard
Sherman Oaks, California 91403
Telephone: 1-818-986-9331
Facsimile: 1-818-986-9341
Attorneys for Plaintiffs

Kalama M. Lui-Kwan (SBN 242121)
kalama.lui-kwan@troutman.com
Jacob Kozaczuk (SBN 294734)
jacob.kozaczuk@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
Three Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 477-5700

Attorneys for Defendant,
Citibank, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA AGHAJANIAN, et al., | Case No. 2:23-cv-09539-MWF-E |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT REGARDING ARBITRATION** |
| CITIGROUP, INC., a Delaware Corporation; CITIBANK, N.A.; and DOES 1-10, inclusive, | |
| Defendants. | |

JOINT STATUS REPORT REGARDING ARBITRATION

Pursuant to the February 25, 2025 Order (Dkt. No. 28), Plaintiff and Defendant Citibank, N.A. ("Citibank") hereby submit the following joint status report regarding arbitration:

In the joint status report filed on May 23, 2025, Plaintiff's counsel erroneously represented that Plaintiff submitted the matter to the American Arbitration Association ("AAA"). (Dkt. No. 29.)  Plaintiff's counsel represents that the error was made because of other several pending Citibank cases where Plaintiff has submitted to arbitration and those arbitration proceedings are in the process of being scheduled, and that Plaintiff is submitting this matter to arbitration immediately in compliance with this Court's order of February 27, 2025, wherein the Court granted Citibank's motion to compel arbitration.

DATED: November 20, 2025      **KEOSIAN LAW LLP**

By: _____
Harout Greg Keosian, Esq.
Eileen Keusseyan, Esq.
Zareh J. Keosian, Esq.
Melkon R. Melkonian, Esq.
**Attorneys for Plaintiffs**

DATED: November 20, 2025      **TROUTMAN PEPPER LOCKE LLP**

By:    */s/ Jacob Kozaczuk*
Kalama M. Lui-Kwan
Jacob Kozaczuk
Attorneys for Defendant
Citibank, N.A.

2